| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **ePropertyData.com, LLC** | |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 91-2072588 | |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>103 SE Magellan Dr., Blue Springs, MO 64014<br>Number, Street, City, State & ZIP Code<br><br>Jackson<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | N/A | |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **ePropertyData.com, LLC**                                   Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**5312**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  Please see attached Schedule 1      Relationship _____
District _____  When _____  Case number, if known _____

Debtor **ePropertyData.com, LLC**        Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?**   _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name      _____
         Phone             _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☒ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☒ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  ePropertyData.com, LLC _____  Case number (if known) _____
        Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/14/2017
             MM / DD / YYYY

X _____[signature]_____                              Jody Vanarsdale
Signature of authorized representative of debtor      Printed name

          Chief Executive Officer
Title     Xceligent, Inc., Managing Member

18. Signature of attorney

X  /s/ Kenneth J. Enos                               Date  12/14/2017
Signature of attorney for debtor                           MM / DD / YYYY

Kenneth J. Enos
Printed name

Young Conaway Stargatt & Taylor, LLP
Firm name

Rodney Square
1000 N. King Street
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone  302-571-6600        Email address  kenos@ycst.com

4544
Bar number and State

## **SCHEDULE 1– AFFILIATED DEBTORS**

The following list identifies all of the affiliated entities, including the debtor filing this petition, that have filed voluntary petitions for relief in the United States Bankruptcy Court for the District of Delaware under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, substantially contemporaneously with the filing of this petition.

1. Xceligent, Inc.

2. ePropertyData.com, LLC

3. Karnes Research Company, LLC

# RESOLUTIONS OF THE BOARD OF DIRECTORS OF
# XCELIGENT, INC.

WHEREAS, the board of directors (the "Board") of Xceligent, Inc., a Delaware corporation (the "Company"), has reviewed and considered, among other things, the financial condition and business of the Filing Companies (as hereinafter defined) on the date hereof;

WHEREAS, the Company is the sole member of ePropertyData.com, LLC, a Delaware limited liability company ("EPD" and together with the Company, collectively, the "Filing Companies" and each, individually, a "Filing Company"), and in such capacity manages the business and affairs of EPD;

WHEREAS, the Board has received, reviewed, and considered the recommendations of the management of the Filing Companies as well as Filing Companies' legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of title 11 of the United States Code; and

WHEREAS, the Company does not have sufficient financial resources to continue operations.

NOW, THEREFORE, BE IT:

RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Filing Companies to cease all operations of the Filing Companies and to terminate the employment of all existing employees of the Filing Companies (the "Termination of Operations");

RESOLVED that Jody Vanarsdale, the Chief Executive Officer of the Company and Glenn Soendker, the Chief Financial Officer of the Company (each a "Designated Representative" and, collectively, the "Designated Representatives"), acting on behalf of the Company and in the Company's capacity as the sole member of each of EPD, be, and each of them, acting alone, hereby is, authorized, directed, and empowered to take any and all actions necessary to effect the Termination of Operations;

RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Company, EPD, the respective creditors of the Filing Companies, and other interested parties that, after any actions necessary to effect the Termination of Operations have been completed, voluntary petitions (collectively, the "Petitions" and each, individually, a "Petition") be filed by the Filing Companies under the provisions of chapter 7 of title 11 of the United States Code; and it is further

RESOLVED, that the Designated Representatives, acting on behalf of the Company and in the Company's capacity as the sole member of each of EPD, be, and each of them, acting alone, hereby is, authorized, directed, and empowered (i) to execute and verify the Petitions and all documents ancillary thereto, and to cause the Petitions to be filed with the United States Bankruptcy Court for the District of Delaware, such Petitions to be filed at such time as the Designated Representative executing the Petitions shall determine and to be in the

form approved by the Designated Representative executing such Petition, with the execution thereof by such Designated Representative being conclusive evidence of the approval thereof by such Designated Representative; (ii) to make or cause to be made prior to the execution thereof any modifications to any Petition or such ancillary documents that, in the judgment of such Designated Representative, may be necessary, appropriate, or desirable, and (iii) to execute, verify, and file or cause to be filed all other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents that, in the judgment of such Designated Representative, may be necessary, appropriate, or desirable in connection with the foregoing; and it is further

RESOLVED, that the Designated Representatives may take any action necessary to effectuate the retention of the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") by the Filing Companies so that Young Conaway may be authorized and empowered to (i) represent the Filing Companies as each Filing Company's general bankruptcy counsel on the terms set forth in Young Conaway's engagement letter with the Filing Companies and to represent and assist the Filing Companies in carrying out the Filing Companies' respective duties under title 11 of the United States Code; and (ii) take any and all actions to advance the Filing Companies' respective rights, including, without limitation, the preparation of pleadings and filings in the Filing Companies' bankruptcy cases; and it is further

RESOLVED, that the Designated Representatives be, and each of them, acting alone, hereby is, authorized, directed, and empowered from time to time to take such actions and execute and deliver such documents as may be required or as such Designated Representatives may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including without limitation the execution and delivery of any petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents to be executed and delivered in such form as the Designated Representative taking or executing the same shall approve, the taking or execution thereof by such Designated Representative being conclusive evidence of the approval thereof by such Designated Representative; and it is further

RESOLVED, that the *Independent Consultant Agreement* among the Company, DMGT US, Inc., and Glenn Soendker (the "Soendker Agreement"), in substantially the form circulated to the Board for review, and the *Independent Consulting Agreement* among the Company, DMGT US, Inc., and Jody Vanarsdale (together with the Soendker Agreement, collectively, the "Consulting Agreements"), in substantially the form circulated to the Board for review, are hereby approved; and it is further

RESOLVED, that the Designated Representatives, acting on behalf of the Company, be, and each of them, acting alone, hereby is, authorized, directed, and empowered to execute and deliver the Consulting Agreements on behalf of the Company; and it is further

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to

the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

## SECRETARY CERTIFICATE

The undersigned, being the Secretary of Xceligent, Inc., a Delaware corporation (the "Company"), hereby certifies as follows:

1. I am the duly qualified and elected Secretary of the Company and, as such, am familiar with the facts herein certified and am duly authorized to certify the same on behalf of the Company.

2. Attached hereto is a true and complete copy of the Resolutions of the Board of Directors of the Company (the "Board"), duly adopted at a properly convened meeting of the Board on December 14, 2017, by vote of the directors, in accordance with the Delaware General Corporation Law, the Certificate of Incorporation of the Company, and the Bylaws of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded, or revoked, and are in full force and effect as of the date hereof. There exist no other subsequent resolutions of the Board relating to the matters set forth in the resolution attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 14th day of December, 2017.

Name: Paul M. Vogt
Title: Secretary

01:22654470.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
: 
In re:                                  : Chapter 7
:
EPROPERTYDATA.COM, LLC[1]               : Case No. 17–_____( __ )
:
:
Debtor.                                 :
:
------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the debtor in the above-captioned case (the "**Debtor**"), hereby states that the following entities directly or indirectly own 10% or more of any class of the equity interests of the Debtor:

| Name and Address | Percent Ownership |
|---|---|
| Xceligent, Inc.<br>103 SE Magellan Dr.<br>Blue Springs, MO 64014 | 100% |

---

[1] The last four digits of the Debtor's taxpayer identification number are (2588). The Debtor's address is 103 SE Magellan Dr., Blue Springs, MO 64014.

Fill in this information to identify the case and this filing:

Debtor Name   ePropertyData.com, LLC

United States Bankruptcy Court for the: _____   District of   Delaware
                                                               (State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration   Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/14/2017        X 
              MM / DD / YYYY       Signature of individual signing on behalf of debtor

                                   Jody Vanarsdale
                                   Printed name

                                   Chief Executive Officer
                                   Xceligent, Inc., Managing Member
                                   Position or relationship to debtor