**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                          :
In re:                                    : Chapter 7
                                          :
XCELIGENT, INC.,                          : Case No. 17–12937 (CSS)
                                          :
         Debtor.                          :
                                          :
                                          :
---------------------------------------------------------------x
                                          :
                                          :
In re:                                    : Chapter 7
                                          :
EPROPERTYDATA.COM, LLC                    : Case No. 17–12938 (CSS)
                                          :
         Debtor.                          :
                                          :
                                          :
---------------------------------------------------------------x
                                          :
                                          :
In re:                                    : Chapter 7
                                          :
KARNES RESEARCH COMPANY, LLC,             : Case No. 17–12939 (CSS)
                                          :
         Debtor.                          :
                                          :
                                          :
---------------------------------------------------------------x

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**Introduction**

Xceligent, Inc. ("*Xceligent*"), ePropertyData.com, LLC ("*ePD*"), and Karnes Research Company, LLC ("*Karnes*", and collectively, the "*Debtors*" ) with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "*Schedules*") and Statements of Financial Affairs (the "*Statements*, and together with the Schedules, the "*Schedules and Statements*") with the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*"), pursuant to section 521 of title 11 of the United States Code (the "*Bankruptcy Code*") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*").

These Global Notes, Methodology and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "*Global Notes*") pertain to, are

incorporated by reference in, and comprise an integral part of the Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements have been signed by Glenn Soendker, the duly authorized and designated representative of the Debtors (the "***Designated Representative***"). The Designated Representative has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors, and has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

### Global Notes

1. Except where otherwise noted the information provided herein is presented as of the beginning of business on December 14, 2017 (the "***Petition Date***").

2. While the Debtors have made every reasonable effort to ensure that the Schedules and Statements are accurate and complete, based upon information that was available at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and Statements. Moreover, because the Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and Statements are complete or accurate.

3. The Debtors reserve the right to amend the Schedules and Statements as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtors' rights with respect to these chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.

4. Any failure to designate a claim listed on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them. The Debtors reserve all of their rights with respect to any such credits and allowances.

5. Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated. In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," "none calculated" or to similar effect. Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtors' assets and liabilities.

6. At times, the preparation of the Schedules and the Statements required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, the Debtors may amend the Schedules as they deem necessary and appropriate to reflect material changes. In addition, the Debtors, for the benefit of their estates, reserves the right to dispute or to assert offsets or defenses to any claim listed on the Schedules.

7. Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("**GAAP**"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

8. With respect to Schedule A/B, questions 6-8, the advance fee amount paid by Xceligent to the Debtors' bankruptcy counsel, Young Conway Stargatt & Taylor, LLP, on an earned upon receipt basis does not constitute an interest of the Debtors in property and is thus not listed in response to Schedule B, questions 6-8. This payment is listed in response to Statement question 11.

9. With respect to Schedule A/B, question 15, Xceligent's ownership interest in Karnes and ePD has been listed as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors.

10. With respect to Schedule A/B, questions 38-41, the Debtors have not verified the physical existence of all assets listed in response thereto; it is possible at least some assets may have been discarded, disposed of, or otherwise transferred or abandoned prior to the Petition Date.

11. With respect to Schedule A/B, question 55, the Debtors do not own any real property. The Debtors have listed their real property leases in Schedule A/B, question 55. A detailed listing of the Debtors' leasehold improvements is attached to the Xceligent Schedules as "Schedule Question 55".

12. With respect to Schedule A/B, question 73, the Debtors were provided coverage under various insurance policies as of the Petition Date, but did not ascribe a book value to any of their insurance policies.

13. With respect to Schedule A/B, questions 74 and 75, the Debtors have not listed any causes of action against third parties, although it is possible such causes of action may exist. Among other things, the Debtors have not analyzed and listed any potential actions arising under chapter 5 of the Bankruptcy Code. The Debtors on behalf of their estates, reserve all of their rights with respect to any causes of action they may have, whether or not listed as assets in the Schedules and Statements, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

14. The claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, such dates are not included. All claims listed on Schedule D, however, were incurred before the Petition Date. Reference to the applicable loan agreements and related documents or other instrument creating the purported lien is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, equipment lessors, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract. Moreover, the Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, letters of credit, surety bonds, or statutory lien rights.

15. The Debtors have used reasonable efforts to report all general unsecured claims against the Debtors on Schedule E/F, based upon the Debtors' books and records as of the Petition Date.

16. Determining the date upon which each claim on Schedule E/F part was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F. Furthermore, claims listed on Schedule E/F may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

17. The Debtors have included all employees terminated as of the Petition Date, as well as those employees terminated within two years of the Petition Date on Schedule E/F. Such employees may have unliquidated claims that include, among other things, claims for unpaid and accrued paid time off, bonuses, severance, benefits and unpaid wages. The Debtors are unable to determine the amount of these claims, or if any of these claims may be entitled to priority under sections 507(a)(4) and 507(a)(5) of the Bankruptcy Code.

18. The Debtors have not determined whether, and to what extent, any of the creditors identified on Part 1 of Schedule E/F are actually entitled to priority under section 507 of the Bankruptcy Code. The Debtors reserve the right to assert that claims identified on Part 1 of Schedule E/F are not claims that are entitled to priority.

19. With respect to Schedule E/F, the Debtors have not included taxing authorities that might assert claims in currently unknown amounts.

20. The Debtors, on behalf of their estates, hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, lease or document set forth on Schedule G, including but not limited to those that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Any contract, agreement, lease or document listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on

      Schedule G.  Certain executory agreements may not have been memorialized in writing and could be subject to dispute.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as supplemental agreements, amendments/letter agreements, and/or confidentiality agreements.  Such documents may not be set forth on Schedule G.  The Debtors, on behalf of their estates, reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim.  In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a short-term or at-will basis.  Such contracts may not be included on Schedule G.  However, the Debtors, on behalf of their estates, reserve their rights to assert that such agreements constitute executory contracts.

21. Listing a contract, lease, agreement or other document on Schedule G does not constitute an admission that such contract, lease, agreement or other document is an executory contract or unexpired lease, and omitting any contract, lease, agreement or other document from Schedule G does not constitute an admission that such contract or agreement is not an executory contract or unexpired lease.  On behalf of their estates, the Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, and to add additional contracts, leases, agreements or other documents to Schedule G.  Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

22. With respect to Statement question 1, the Debtors' fiscal year has historically ended on September 30th.  For the current year, although the Debtors remained operational until December 14, 2017 as noted in response to question 1, gross revenue is presented through and including November 30, 2017, the most recent month-end close. Gross revenue is presented without netting for operating expenses.

23. Statement 3 includes any disbursement or other transfer made by or on behalf of all the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement 4) and made as part of regular and ordinary course payroll disbursements.

24. With respect to Statement questions 4 and 30, the listing of any person or entity is not intended to be nor shall it be construed as a legal characterization of such party as an insider, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby reserved by both the Debtors and such persons or entities.

25. With respect to Statement question 4, the amount of compensation paid to the officers and directors of the Debtors during the period stated therein is listed therein in aggregate form.  In addition, certain expense reimbursement information has not been provided because the Debtors are no longer able to access the software used to record and track employee expense reimbursements.  More detailed information can be obtained from the Debtors' books and records.

26. With respect to Statement question 6, in the ordinary course of business certain of the Debtors' creditors may have setoff all or part of amounts owed by the Debtors against security deposits,

retainers or payables owed to the Debtors. The Debtors did not historically maintain a record of such setoffs, so they are not listed. Additionally, bank fees deducted from bank accounts of the Debtors are not listed in response to Statement question 6.

27. With respect to Statement question 7, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

28. With respect to Statement question 10, the Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, do not have records of losses that do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

29. With respect to Statement questions 26(a) through 26(c), the Debtors have excluded rank and file accountants and bookkeepers in response to this question, instead listing the officer who supervised them.

30. With respect to Statement question 26(d), the Debtors have provided financial statements in the ordinary course of their businesses to various financial institutions, creditors, landlords, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

31. With respect to Statement question 28, all of the Debtors' officers and directors were terminated or resigned from those positions effective upon, or shortly after, the filing of the Debtors' bankruptcy cases, but are listed herein to the extent still in those positions as of the filing of the Debtors' chapter 7 bankruptcy petitions. Prior to their resignation, the board designated the Designated Representative to complete certain specified tasks related to these chapter 7 cases notwithstanding such resignations, including completion of the Schedules and Statements.

32. With respect to Statement question 30, the amount of compensation paid to the officers and directors of the Debtors during the period stated therein is listed in aggregate form in response to Statement question 4. More detailed information can be obtained from the Debtors' books and records.

33. The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative), do not guarantee or warrant the accuracy, completeness, or currency of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or

their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Designated Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

**Fill in this information to identify the case:**

Debtor name: **ePropertyData.com, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): 17-12938 (CSS)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................  $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................  $ **0.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................  $ **0.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................  $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................  +$ **0.00**

4. **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b                                                                                                      $ **0.00**

**Fill in this information to identify the case:**

Debtor name: **ePropertyData.com, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): 17-12938 (CSS)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

2. **Cash on hand**
   None

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number
   None

4. **Other cash equivalents** *(Identify all)*
   None

5. **Total of Part 1**    $0
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☒ No. Go to Part 3.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   None

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment
   None

9. **Total of Part 2.**    $0
   Add lines 7 through 8. Copy the total to line 81.

Debtor   **ePropertyData.com, LLC**                           Case number *(If known)* 17-12938 (CSS)
         Name

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**
    ☒ No. Go to Part 4.

11. **Accounts receivable**
    None

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $0

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**
    ☒ No. Go to Part 5.

14. **Mutual funds or publicly traded stocks not included in Part 1**
    None

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    None

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    None

17. **Total of Part 4**                                                                     $ 0
    Add lines 14 through 16. Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☒ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

19. **Raw Materials**
    None

20. **Work in progress**
    None

21. **Finished goods, including goods held for resale**
    None

22. **Other inventory or supplies**
    None

23. **Total of Part 5**                                                                     $ 0

24. **Is any of the property listed in Part 5 perishable?**
    N/A

Official Form 206A/B               Schedule A/B Assets - Real and Personal Property                page 2

| Debtor | ePropertyData.com, LLC | Case number *(If known)* 17-12938 (CSS) |
|---|---|---|
| | Name | |

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    N/A

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    N/A

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☒ No. Go to Part 7.

28. **Crops—either planted or harvested**
    None

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish
    None

30. **Farm machinery and equipment**  (Other than titled motor vehicles)
    None

31. **Farm and fishing supplies, chemicals, and feed**
    None

32. **Other farming and fishing-related property not already listed in Part 6**
    None

33. **Total of Part 6.**
    $ 0

34. **Is the debtor a member of an agricultural cooperative?**
    N/A

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    N/A

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    N/A

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    N/A

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☒ No. Go to Part 8.

39. **Office furniture**
    None

40 **Office fixtures**
    None

41 **Office equipment, including all computer equipment and communication systems equipment and software**
    None

42. **Collectibles**
    None

| Debtor | ePropertyData.com, LLC | Case number *(If known)* 17-12938 (CSS) |
|---|---|---|
| | Name | |

**43.  Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                                                            $0

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

   N/A

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   N/A

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**
   None

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels
   None

**49.  Aircraft and accessories**
   None

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
   None

**51.  Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                                                                             $0

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

   N/A

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   N/A

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**
   None

**56. Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                                                                                                                                  $0

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No

Debtor **ePropertyData.com, LLC**　　　　　　　　　　　　　　　　　Case number *(If known)* 17-12938 (CSS)
　　　　　Name

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest (where available)** | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**
　　　None

**61. Internet domain names and websites**
　　　None

**62. Licenses, franchises, and royalties**
　　　None

**63. Customer lists, mailing lists, or other compilations**
　　　None

**64. Other intangibles, or intellectual property**
　　　None

**65. Goodwill**
　　　None

**66. Total of Part 10.**
　　　Add lines 60 through 65. Copy the total to line 89.　　　　　　　　　　　　　　　　　　　　　　　$0

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☒ No

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
　Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **ePropertyData.com, LLC**                                   Case number *(If known)* 17-12938 (CSS)
         Name

**71.   Notes receivable**
       None

**72.   Tax refunds and unused net operating losses (NOLs)**
       None

**73.   Interests in insurance policies or annuities**
       None

**74.   Causes of action against third parties (whether or not a lawsuit has been filed)**

                                                                                        $Undetermined
       **Nature of claim**          _____
       **Amount requested**         $_____

**75.   Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

                                                                                        $ Undetermined
       **Nature of claim**          _____
       **Amount requested**         $_____

**76.   Trusts, equitable or future interests in property**
       None

**77.   Other property of any kind not already listed**   *Examples:* Season tickets, country club membership
       None

**78.   Total of Part 11.**
       Add lines 71 through 77. Copy the total to line 90.                              $0

**79.   Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☒ No

Debtor   **ePropertyData.com, LLC**                             Case number *(If known)* 17-12938 (CSS)
            Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........> | | 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | 0.00 | + 91b. 0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | 0.00 |

**Fill in this information to identify the case:**

Debtor name  **ePropertyData.com, LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  17-12938 (CSS)

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __ePropertyData.com, LLC__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __17-12938 (CSS)__

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

   **None**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | Date or dates debt was incurred ____ | ☐ Disputed |
| | Last 4 digits of account number ____ | Basis for the claim: ____ |
| | | Is the claim subject to offset?  ☐ No   ☐ Yes |

### Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 0.00 |

**Fill in this information to identify the case:**

Debtor name    **ePropertyData.com, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    17-12938 (CSS)

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **None** | |
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: **ePropertyData.com, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): 17-12938 (CSS)

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

**None**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** (Street, City, State, Zip Code) | | **Name** | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.2 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.3 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | | | ☐ D  ☐ E/F  ☐ G |

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | ePropertyData.com, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 17-12938 (CSS) |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 2, 2018         **X** /s/ Glenn Soendker
                                          Signature of individual signing on behalf of debtor

                                          Glenn Soendker
                                          Printed name

                                          Designated Representativ
                                          Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**